

| | Login | Where to buy | English ▼ | Search |

**Home** | **Solutions** | **Products** | **Partners** | **Support** | **News & Events** | **Downloads** | **Company**

Home > Solutions > Success Stories

# Success Story

## NUUO Provides Unbreakable Solution To DeKalb Harley-Davidson

### The Customer:

Located in Chicago's Far West Suburbs, DeKalb Harley-Davidson is one of the premier Harley-Davidson Motorcycle Dealers in the Mid-Western United States. DeKalb Harley-Davidson is a full-service H-D Dealer and their newly remodeled and expanded showroom offers a vast selection of new and used H-D Motorcycles, H-D Parts & Accessories, H-D MotorClothes, and H-D Customization & Repair Services.

### The Objective:

To provide a defensive approach to Motorcycle Retail that will proactively prevent theft, deter vandalism, avoid accidents through policy enforcement, and protect customers and staff.
To provide a high level of security with minimal distraction. The solution must work within the existing network infrastructure and require little technical expertise to operate and maintain.
The solution must be affordable, scalable, and sustainable.

### The Challenge:

DeKalb Harley-Davidson occupies a 27,000 sq. ft. facility including a large showroom of bikes, parts, accessories, and clothing all displayed openly and available for customer shopping. The showroom is often crowded with customers moving amongst the bikes, selecting parts and accessories, and browsing clothing and other riding gear. The high shelving and displays obscure a lot of customer activity throughout the showroom. Many of the bikes that are for sale and many customers' bikes in for repair are kept outside during open shop hours, making them vulnerable to damage and theft. The large customization and repair shop has many valuable tools and parts and is open to the public for the delivery, pickup, and viewing of bikes in the Service Area. Dealership staff are not always able to observe all activities happening throughout the facilities.

*"The look and feel of the showroom is very important to us and I didn't want to lose the ambience with large obtrusive cameras hanging in every nook and cranny. The system that CPS showed us was clean and compact but visible enough for the type of individual who do look for surveillance cameras and systems. The deterrent factor alone is sometimes worth the price."* – Robert Bonner, General Manager, DeKalb Harley-Davidson

### The Solution:

Having previously worked together on other network projects and knowing CPS' experience in the design and implementation of IP-Based video surveillance solutions, DeKalb Harley-Davidson approached CPS to discuss their security needs. Taking into consideration the Dealer's challenges, goals and objectives, CPS recommended the NUUO line of Network Video Recorders (NVRs) for their ease of use, functionality, scalability, reliability, and affordable Total Cost of Ownership. A number of Hi-Res and Megapixel Axis Cameras were installed throughout the Dealership to provide superior coverage inside and outside of the facility while providing the highest quality images available.

### The Results:

The solution provides real-time monitoring of all activities throughout and around the Dealership. Any PC in the Dealership network is capable of viewing all images, allowing employees to keep an eye on all areas of the facility, even while seated at their desks. Instant identification and response to questionable persons and activities, along with a recorded history of events to provide for advanced analysis, forensics and evidence. Remote access to camera images is also available through a number of remote devices, e.g., iPhones, iPads, Tablets, Androids, etc., to provide off-hours visibility of real-time images.

*"It has been two years since our NUUO Video Surveillance system first went live. Within the first 60 days of operation, we caught and prosecuted a shoplifter using the recorded video as evidence. We are now working with the local Police Department to identify three individuals in a second incident that recently occurred. In this particular case, store employees noticed some retail items that went missing within the prior couple of days. The easy use of the playback system allowed us to rapidly find the last time those items were visible to the cameras, isolate the minute it went missing, and capture video of the act. In the time it took for a detective to get to the store, we had a clear picture of all three of the individuals involved though they were smart enough to park in the lot next door. We were still able to get the make and color of their vehicle. The video of the act was downloaded to a jump drive and ready for the police when they arrived. The detective and I feel confident they're local residents and they will be caught and, most importantly, convicted because of the video system. Without the video system, we would be blind to certain acts and could not effectively and efficiently manage a store of this size."* – Robert Bonner, General Manager, DeKalb Harley-Davidson

**Information**

Organization:
**DeKalb Harley-Davidson**

Location:
**United States**

Industry:
**Retail**

Solution:
**NUUO NVRMini 2**
**NUUO Titan NVR**

**Full Story**

 Full Story

**Related Links**

NUUO NVRMini 2

NUUO Titan NVR

NUUO Retail Solution

Contact Us

EXHIBIT A

© Copyright 2014 NUUO Inc. All Rights Reserved. | Contact Us | Site Map | Privacy Statement |